THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**IN ADMIRALTY**

IN THE MATTER OF:

| | |
|---|---|
| THE COMPLAINT OF MARK ENGLISH, AS OWNER OF THE 2009 FORMULA 370 SUPER SPORT (HIN: TNRD7738K809 ITS ENGINES, TACKLE, APPURTENANCES, EQUIPMENT, ETC., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY, | CASE NO.:2:23-cv-480-SPC-KCD |

Petitioner.

_____/

**<u>MONITION</u>**

TO THE MARSHAL OF THE UNITED STATES OF AMERICA FOR THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA:

WHEREAS, a Complaint has been filed in the United States District Court for the Middle District of Florida, Fort Myers Division, by Petitioner MARK ENGLISH ("Petitioner"), as Owner of the 2009 Formula 370 Super Sport bearing HIN:TNRD7738K809 (the "Vessel"), seeking exoneration from, or limitation of, his liability concerning any and all personal injury, property damage, destruction or other losses occasioned by or arising out of the alleged Incident set forth in the aforesaid Complaint, for reasons and causes in said Complaint, and praying that a

1

Monition and Injunction for those be issued, and that all persons or corporations claiming any and all personal injury, property damage, destruction or other losses, caused by or resulting from the alleged Incident set forth in the Complaint be thereby cited to appear and file their respective claims with the Clerk of this Court, and to make due process thereof and citing them to file their answers to the Complaint and all the proceedings be had, if it shall appear that Petitioner is not liable for any personal injury, death, property damage, destruction or other losses, it may be so finally decreed by this Court; and,

WHEREAS, Petitioner has filed herein an *Ad Interim* Stipulation for Costs and Value, representing the value of Petitioner's Vessel, and within fifteen (15) days after the entry of an Order herein appraising the value of Petitioner's interest in the Vessel, will pay the amount so fixed into this Court or will file with the Court a stipulation for value in the usual form and with approved surety;

YOU ARE THEREFORE COMMANDED TO CITE PERSONS OR CORPORATIONS, in respect of which Petitioner seeks limitation, to file their respective claims with the Clerk of this Court and to serve on or mail the Petitioner's attorneys copies thereof on or before **August 7, 2023**, and citing such claimants to appear and respond to the Complaint herein on or before **August 7, 2023**, or within such time as the Court may grant and what you have done in the premises do you then make return to the Court together with this writ.

2

**DONE AND ORDERED** in Fort Myers, Florida on July 6, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies furnished to:
Counsel of Record