UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN THE MATTER OF:

MARK ENGLISH, as owner of the
2009 Formula 370 Super Sport
(HIN: TNRD7738K809) Its
Engines, tackle, Appurtenances,
Equipment, etc., in a cause of
exoneration from or limitation of
liability,

Petitioner.                                        Case No.:   2:23-cv-480-SPC-KCD

_____/

## ORDER

Before the Court is Claimant Joseph Noonan's Unopposed Motion to Stay Limitation Action and Lift the Injunction Against State Court Action. (Docs. 13, 22.) The Court grants the motion and lifts the limitation stay to allow for Noonan to prosecute a negligence case in state court.

Accordingly, it is now

**ORDERED**:

1. The Unopposed Motion to Lift Limitation Stay (Doc. 13) is **GRANTED**.

2. Noonan may proceed with his claim pending in state court.

3. This case is **STAYED** pending resolution of the state-court action.

4. The parties must **FILE** a joint status report on the progress of the state-court action on **February 21, 2024**, and every six (6) months after.

5. Within **seven (7) days** of the state-court action resolving, the parties must **FILE** a notice saying as much and indicating whether further proceedings are necessary here.

6. The Clerk is **DIRECTED** to **ADD** a stay flag on the docket.

**ORDERED** in Fort Myers, Florida this August 22, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record